

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lafette Latrell Battee,

\* From the 104th District Court
of Taylor County,
Trial Court No. 18857B.

Vs. No. 11-22-00215-CR

\* August 31, 2022

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed.